UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRO RODRIGUEZ,
                Plaintiff(s),

                                                                                                                                 08 civ 6530 (JGK)

     -against-

GOD'S LOVE WE DELIVER,                                            INITIAL LETTER
                Defendant(s).                                 TO PRO SE PLAINTIFF
------------------------------------------------------------X

     You are the plaintiff in the above-captioned case, which has been assigned to the Honorable John G. Koeltl. You should review the Federal Rules of Civil Procedure. In particular, Rule 4(m) requires that you serve the complaint on the defendant(s) within **120 days** after the date of filing of the complaint or write to the Court if you can demonstrate good cause for an extension before the expiration of the 120 days. The Pro Se Office will answer any questions you may have about how to do this. If you do not comply with Rule 4(m), the Court will dismiss the case.

     While this action is pending, it is the responsibility of the pro se plaintiff to immediately inform Judge Koeltl directly of any changes of address.

                                                                                 Chambers of
                                                                                John G. Koeltl
                                                                                   U.S.D.J.

Dated: New York, New York
         August 13, 2008

Copy Mailed To The Plaintiff

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008