UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RODRIGUEZ,

                Plaintiff(s)                      08 civ 6530 (JGK)

      -against-                    ORDER OF DISCONTINUANCE

GOD'S LOVE WE DELIVER,
                Defendant(s).
-------------------------------------------------------------X

    It having been reported to this Court that the parties have settled this action,

    It is, on this **11TH** day of **March,** 2009, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                           JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 11, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/09